FILED

AUG 1 9 2019

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

DESIGNATION OF DISTRICT JUDGE
FOR SERVICE ON COURT OF APPEALS

3:19-MC-29

WHEREAS the business of the Court of Appeals for the Circuit requires the designation and assignment of a district judge to sit upon the court; now, therefore pursuant to the authority vested in me by Title 28, United States Code, Section 292(a), I do hereby designate and assign the Honorable Thomas S. Kleeh, United States District Judge for the Northern District of West Virginia, to sit upon the Court of Appeals for the Fourth Circuit on Thursday, October 31, 2019, and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business.

Chief Judge
Fourth Circuit

Dated August 16, 2019